IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 15–cv–01736–KMT

CHRISTOPHER M. ORWIG,

    Plaintiff,

v.

JAMES SOUCIE-STERLING CORR FACILITY HEALTH CARE MGR. official and individual capacity,
UNIDENTIED NURSE FROM AUGUST 18[th,] 2014 APPT, official and individual capacity,
LT. KENNEDY-STERLING CORR FACILITY, Corrections Officer, official and individual capacity, and
CURRENTLY UNKNOWN CLINICAL SERVICES PROVIDER, official and individual capacity,

    Defendants.

## ORDER

This matter is before the court on Plaintiff's "Third Amended Complaint" (Doc. No. 31, filed January 29, 2016). Plaintiff filed a Second Amended Complaint on October 9, 2015. (Doc. No. 9.) Pursuant to Fed. R. Civ. P. 15(a)(1), Plaintiff may amend his pleading "once as a matter of course" within specified time limits. "In all other cases, a party may amend its pleading only with the opposing party's written consent or the court's leave. Fed. R. Civ. P. 15(a)(2). Here, because Plaintiff previously amended his Complaint, he was required to obtain Defendants' written consent or seek leave of court prior to filing his Third Amended Complaint, which he did not do.

    Accordingly, it is

**ORDERED** that the Third Amended Complaint (Doc. No. 31) is stricken.

Dated this 1st day of February, 2016.

BY THE COURT:

Kathleen M. Tafoya
United States Magistrate Judge